**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| MYRON BASS | * | |
| Plaintiff | * | |
| VS. | * | NO: 3:07CV00113 SWW |
| ALACRITY LENDING, ET AL. | * | |
| Defendants | * | |

## ORDER

By order entered November 29, 2007, this case was transferred to the United States District Court for the Western District of Tennessee, Western (Memphis) Division. Because this case is no longer pending in this Court, the Clerk of the Court is directed to remove all pending motions (docket entries #26, #29) on the pending motions list associated with this case.

IT IS SO ORDERED THIS 15TH DAY OF JANUARY, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE